In re:          Case No. 24-32482-jpg
Seane A. Ronfeldt          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3      User: admin      Page 1 of 3
Date Rcvd: Jan 31, 2025      Form ID: 177      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seane A. Ronfeldt, 8361 Larch Road, Toledo, OH 43617-1811 |
| 28033615 | + | FWB, Inc., 5225 Secor Road, Ste 5, Toledo, OH 43623-2425 |
| 28033614 | + | Forth, PO Box 98875, Las Vegas, NV 89193-8875 |
| 28033619 | + | Kathleen M. Smith, Esq, Weltman, Weinberg & Reis Co. LPA, 5475 Rings Road, Suite 200, Dublin, OH 43017-7565 |
| 28033622 | + | Melissa Ronfeldt, 8361 Larch Road, Toledo, OH 43617-1811 |
| 28033625 | + | Open Sky, PO Box 660924, Dallas, TX 75266-0924 |
| 28033626 | + | PanAmerican Consulting, 3843 South Bristol Street, Santa Ana, CA 92704-7426 |
| 28033631 | + | Rodier Law, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 28033634 | | Sun Communities, Inc., 2777 Franklin Road Ste 300, Southfield, MI 48034 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28033605 | + | Email/Text: ebn@americollect.com | Jan 31 2025 21:12:00 | AmeriCollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 28033606 | + | EDI: CITICORP | Feb 01 2025 01:57:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 28033607 | + | EDI: CAPITALONE.COM | Feb 01 2025 01:57:00 | Capital One/Menards, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 28033608 | + | EDI: CAPITALONE.COM | Feb 01 2025 01:57:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 28033609 | + | Email/Text: steve@championcu.org | Jan 31 2025 21:10:00 | Champion Credit Union, 1347 S. Detroit Ave., Toledo, OH 43614-2758 |
| 28033610 | + | EDI: WFNNB.COM | Feb 01 2025 01:57:00 | Comenity Capital/Good Sam, PO Box 182120, Columbus, OH 43218-2120 |
| 28033611 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 21:25:20 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 28033612 | + | EDI: DISCOVER | Feb 01 2025 01:57:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 28033613 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 31 2025 21:12:00 | Fifth Third Bank, 5050 Kingsley Dr., Cincinnati, OH 45227-1115 |
| 28033616 | + | Email/Text: lossmitigations@genoabank.com | Jan 31 2025 21:13:00 | Genoa Bank, 801 Main Street, Genoa, OH 43430-1637 |
| 28033617 | | Email/Text: reports@halstedfinancial.com | Jan 31 2025 21:10:00 | Halsted Financial Services, LLC, P.O. Box Box 828, Skokie, IL 60076 |
| 28033618 | | EDI: JPMORGANCHASE | Feb 01 2025 01:57:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 28033620 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 31 2025 21:25:58 | LVNV Funding, LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 28033621 | + | Email/Text: bankruptcy@marineone.com | Jan 31 2025 21:10:00 | Marine One Acceptance Corp, 5000 Quorum Drive, Ste 200, Dallas, TX 75254-7405 |
| 28033623 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 21:12:00 | Midland Credit Management, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 28033624 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 21:12:00 | Midland Funding, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 28033627 | | EDI: PRA.COM | Feb 01 2025 01:57:00 | Portfolio Recovery Assoc, P O Box 12914, Norfolk, VA 23541 |
| 28033628 | ^ | MEBN | Jan 31 2025 21:08:48 | ProMedica, PO Box 740052, Cincinnati, OH 45274-0052 |
| 28033629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 21:25:30 | Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 28033630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 21:25:58 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 28033635 | + | EDI: SYNC | Feb 01 2025 01:57:00 | SYNCB/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 28033636 | + | EDI: CITICORP | Feb 01 2025 01:57:00 | SYWMC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 28033632 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2025 21:12:00 | Santander Consumer, P.O. Box 660633, Dallas, TX 75266-0633 |
| 28033633 | + | EDI: CITICORP | Feb 01 2025 01:57:00 | Sears/ CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 28033637 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 31 2025 21:12:00 | Toledo Edison, 76 S. Main St, Akron, OH 44308-1817 |
| 28033638 | + | Email/Text: jack.wise2@utoledo.edu | Jan 31 2025 21:10:00 | UT-MUO Federal Credit Union, 2801 Bancroft St, Toledo, OH 43606-3328 |
| 28033639 | + | EDI: AGFINANCE.COM | Feb 01 2025 01:57:00 | Webbank/One Main, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas A. Dymarkowski | ch7trusteeoffice@gmail.com  ecf.alert+Dymarkowski@titlexi.com;leanne4dymarkowski@gmail.com |
| Jennifer L. Fogle | on behalf of Debtor Seane A. Ronfeldt jennifer.fogle@yahoo.com  bankruptcy@mahaffey.law |

TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Case No. 24−32482−jpg**

**In re: (Name of Debtor)**
Seane A. Ronfeldt
8361 Larch Road
Toledo, OH 43617

**Social Security No.:**
xxx−xx−3661

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

Last date to file claims: **May 12, 2025**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** January 31, 2025
Form ohnb177

For the Court
Josiah C. Sell, Clerk